# EXHIBIT B

| | |
|---|---|
| | **SUPERIOR COURT OF CALIFORNIA** |
| | **COUNTY OF RIVERSIDE** |

| | |
|---|---|
| **MARISOL ARRIAGA fka MARISOL SOTO and OSCAR ARRIAGA ARRIAGA,**<br><br>Plaintiffs,<br><br>vs.<br><br>**FCA US LLC, a Delaware Limited Liability Company; GEOVEL, INC. a California Corporation dba I10 CHRYSLER DODGE JEEP RAM,; and DOES 1 through 10, inclusive**,<br><br>Defendants. | Case No.: PSC2004169<br><br>[~~PROPOSED~~] **ORDER BY STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, Plaintiffs Marisol Arriaga fka Marisol Soto and Oscar Arriaga Arriaga have agreed to a settlement in this matter, and as a result, are the prevailing parties in this action.

WHEREAS, Plaintiffs are entitled to an award of reasonable attorney fees, costs and expenses pursuant to Civil Code § 1794(d) of the Song-Beverly Consumer Warranty Act.

WHEREAS, the parties have reached an agreement that Defendants FCA US LLC and GEOVEL, INC. shall pay Plaintiffs the sum of $7,500.00 for attorney fees, costs and expenses.

**THE PARTIES HEREBY STIPULATE TO AN ORDER AS FOLLOWS:**

Defendants FCA US LLC and GEOVEL, INC. shall pay to Plaintiffs the total sum of $7,500.00 in attorney fees, costs and expenses.

Defendants FCA US LLC and GEOVEL, INC. shall pay to Plaintiffs the total sum of $7,500.00 within 45 days of the date this stipulation is mutually executed. No interest shall accrue if paid on or before the due date, otherwise interest shall run from the date of execution of this stipulation.

**IT IS SO STIPULATED.**

Dated: July 9, 2021                                             **KNIGHT LAW GROUP, LLP**

*Jacob Cutler*
Steve Mikhov (SBN 224676)
Jacob Cutler (SBN 264988)
Attorneys for Plaintiffs,
**MARISOL ARRIAGA fka**
**MARISOL SOTO and**
**OSCAR ARRIAGA ARRIAGA**

Dated: July 9, 2021                                             **NIXON PEABODY LLP**

*Kristi Livedalen*
Kristi J. Livedalen (SBN 155207)
Jeanette C. Suarez (SBN 255141)
Attorneys for Defendants,
**FCA US LLC and**
**GEOVEL, INC.**

**IT IS SO ORDERED.**

Dated: 07/14/2021                                             _____
Judge of the Superior Court
Honorable Kira L. Klatchko

2
[PROPOSED] ORDER