# EXHIBIT C

1 | **KNIGHT LAW GROUP, LLP**
2 | Steve Mikhov (SBN 224676)
  | stevem@knightlaw.com
3 | Daniel Kalinowski (SBN 305087)
4 | danielk@knightlaw.com
  | 10250 Constellation Blvd., Suite 2500
5 | Los Angeles, California 90067
6 | Telephone: (310) 552-2250
7 | Fax: (310) 552-7973
8 | Attorneys for Plaintiff,
9 | **MARGARITA VELASQUEZ**
10 | **ROSEWALDORF LLP**
11 | Michael J. Gregg (SBN 321765)
   | mgregg@rosewaldorf.com
12 | Mark W. Skanes (SBN 322072)
13 | mskanes@rosewaldorf.com
   | 100 Oceangate, Suite 300
14 | Long Beach, California 90802
15 | Telephone: (518) 869-9200
16 | Fax: (518) 869-3334
17 | Attorneys for Defendant,
18 | **FCA US LLC**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| MARGARITA VELASQUEZ, | Case No.: 2:21-cv-05092-JFW-AGR |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S FEES, COSTS AND EXPENSES** |
| **FCA US LLC**, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive, | Honorable Judge John F. Walter |
| Defendant. | |

-1-
STIPULATION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff MARGARITA VELASQUEZ ("**Plaintiff**") and Defendant FCA US LLC ("**Defendant**") (collectively, "**the Parties**"), by and through their respective counsel of record, hereby enter into the following stipulation for entry of an Order by the Court as follows:

WHEREAS, this matter was settled on or about August 31, 2021.

WHEREAS, per the Rule 68 Offer entered into by the Parties, Defendant agrees that the judgment may include an award of attorneys' fees, costs and expenses recoverable by agreement between the parties or motion as allowed by law.

WHEREAS, the Parties now seek to resolve the issue of Plaintiff's attorney's fees, costs and expenses without further litigation on terms just and fair to all parties and hereby enter into the following Stipulation of Attorney's Fees, Costs and Expenses ("the Stipulation").

**THEREFORE, THE PARTIES HEREBY STIPULATE TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay the sum of $8,250.00 to Plaintiff and Plaintiff hereby agrees to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action;

(2) That Defendant shall pay the sum of $8,250.00 to Plaintiff within 60 days of August 31, 2021 unless matters outside of the control of Defendant cause delay;

(3) Each of the undersigned represents that he or she has been duly authorized to enter into the Stipulation.

///
///
///
///
///

1 | **IT IS SO STIPULATED**.

Dated: September 3, 2021   **KNIGHT LAW GROUP, LLP**

*/s/ Daniel Kalinowski*
Steve Mikhov (SBN 224676)
Daniel Kalinowski (SBN 305087)
Attorneys for Plaintiff,
**MARGARITA VELASQUEZ**

Dated: September 3, 2021   **ROSEWALDORF LLP**

*/s/ Mark Skanes*
Michael J. Gregg (SBN 321765)
Mark W. Skanes (SBN 322072)
Attorneys for Defendant,
**FCA US LLC**

-3-
STIPULATION