# EXHIBIT F

1  **KNIGHT LAW GROUP, LLP**
   Steve Mikhov (SBN 224676)
2  stevem@knightlaw.com
3  Daniel Kalinowski (SBN 305087)
   danielk@knightlaw.com
4  10250 Constellation Blvd., Suite 2500
5  Los Angeles, CA 90067
   Telephone: (310) 552-2250
6  Fax: (310) 552-7973
7
8  Attorneys for Plaintiff,
   **CHRISTOPHER AGUILAR**
9
   **ROSEWALDORF LLP**
10 Mark W. Skanes (SBN 322072)
11 mskanes@rosewaldorf.com
   Alejandro Blake (SBN 336756)
12 ablake@rosewaldorf.com
13 100 Oceangate, Suite 300
   Long Beach, California 90802
14 Telephone: (518) 869-9200
   Fax: (518) 869-3334
15
16 Attorneys for Defendant,
   **FCA US LLC**
17

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER AGUILAR**, | Case No.: **2:21-cv-05813-AB-AS** |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S FEES, COSTS AND EXPENSES** |
| **FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive**, | Honorable Judge Andre Birotte Jr. |
| Defendants. | |

-1-
STIPULATION

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** |
| 2 | Plaintiff CHRISTOPHER AGUILAR ("**Plaintiff**") and Defendant FCA US |
| 3 | ("**Defendant**") (collectively, "**the Parties**"), by and through their respective counsel |
| 4 | of record, hereby enter into the following stipulation for entry of an Order by the |
| 5 | Court as follows: |
| 6 | WHEREAS, this matter was settled on or about November 17, 2021. |
| 7 | WHEREAS, per the Rule 68 Offer entered into by the Parties, Defendant |
| 8 | agrees that the judgment may include an award of attorneys' fees recoverable by |
| 9 | agreement between the parties or motion as allowed by law. |
| 10 | WHEREAS, the Parties now seek to resolve the issue of Plaintiff's attorney's |
| 11 | fees, costs and expenses without further litigation on terms just and fair to all parties |
| 12 | and hereby enter into the following Stipulation of Attorney's Fees, Costs and |
| 13 | Expenses ("the Stipulation"). |
| 14 | **THEREFORE, THE PARTIES HEREBY STIPULATE TO THE** |
| 15 | **ENTRY OF AN ORDER AS FOLLOWS:** |
| 16 | (1) That Defendant shall pay the sum of $6,500.00 to Plaintiff and Plaintiff |
| 17 | hereby agrees to accept said payment in full satisfaction of all claims for |
| 18 | attorney's fees, costs and expenses in connection with this action; |
| 19 | (2) That Defendant shall pay the sum of $6,500.00 to Plaintiff within 60 days |
| 20 | of November 17, 2021 unless matters outside of the control of Defendant |
| 21 | cause delay; |
| 22 | (3) Each of the undersigned represents that he or she has been duly authorized |
| 23 | to enter into the Stipulation. |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

-2-
STIPULATION

| | | |
|---|---|---|
| 1 | **IT IS SO STIPULATED**. | |
| 2 | | |
| 3 | Dated: November 17, 2021 | **KNIGHT LAW GROUP, LLP** |
| 4 | | |
| 5 | | */s/ Daniel Kalinowski* |
| | | Steve Mikhov (SBN 224676) |
| 6 | | Daniel Kalinowski (SBN 305087) |
| 7 | | Attorneys for Plaintiff, |
| | | **CHRISTOPHER AGUILAR** |
| 8 | | |
| 9 | Dated: November 17, 2021 | **ROSEWALDORF LLP** |
| 10 | | |
| 11 | | */s/ Mark W. Skanes* |
| | | Mark W. Skanes (SBN 322072) |
| 12 | | Alejandro Blake (SBN 336756) |
| 13 | | Attorneys for Defendant, |
| 14 | | **FCA US LLC** |

-3-
STIPULATION