# EXHIBIT G

| | |
|---|---|
| 1 | **KNIGHT LAW GROUP, LLP** |
| 2 | Roger Kirnos (SBN 283163) |
|   | rogerk@knightlaw.com |
| 3 | Daniel Kalinowski (SBN 305087) |
| 4 | danielk@knightlaw.com |
|   | 10250 Constellation Blvd., Suite 2500 |
| 5 | Los Angeles, CA 90067 |
| 6 | Telephone: (310) 552-2250 |
|   | Fax: (310) 552-7973 |
| 7 | |
| 8 | Attorneys for Plaintiffs, |
|   | **JAZMIN VALLE and NATIVIDAD VALLE** |
| 9 | |
| 10 | **CLARK HILL LLP** |
| 11 | Kyle A. Fellenz (SBN 285753) |
|    | 600 W. Broadway, Suite 500 |
| 12 | San Diego, California 92101 |
| 13 | T:(619) 557-0404 | F:(619) 557-0460 |
| 14 | |
|    | Attorneys for Defendant, |
| 15 | **FCA US LLC** |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAZMIN VALLE and NATIVIDAD VALLE,** | Case No.: **5:21-cv-01131-JWH-SHK** |
| Plaintiffs, | **STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES** |
| vs. | |
| **FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,** | Honorable Judge John W. Holcomb |
| Defendants. | |

-1-
STIPULATION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs JAZMIN VALLE and NATIVIDAD VALLE ("**Plaintiffs**") and Defendant FCA US ("**Defendant**") (collectively, "**the Parties**"), by and through their respective counsel of record, hereby enter into the following stipulation for entry of an Order by the Court as follows:

WHEREAS, this matter was settled on or about December 27, 2021. WHEREAS, per the settlement agreement entered into by the Parties, Defendant agrees that the judgment may include an award of attorneys' fees recoverable by agreement between the parties or motion as allowed by law.

WHEREAS, the Parties now seek to resolve the issue of Plaintiffs' attorney's fees, costs and expenses without further litigation on terms just and fair to all parties and hereby enter into the following Stipulation of Attorney's Fees, Costs and Expenses ("the Stipulation").

**THEREFORE, THE PARTIES HEREBY STIPULATE TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay the sum of $9,500.00 to Plaintiffs and Plaintiffs hereby agree to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action;

(2) That Defendant shall pay the sum of 9,500.00 to Plaintiffs within 60 days of January 5, 2022 unless matters outside of the control of Defendant cause delay;

(3) Each of the undersigned represents that he or she has been duly authorized to enter into the Stipulation.

///
///
///
///
///

-2-
STIPULATION

1 | **IT IS SO STIPULATED**.

Dated: January 5, 2022          **KNIGHT LAW GROUP, LLP**

*/s/ Daniel Kalinowski*
Roger Kirnos (SBN 283163)
Daniel Kalinowski (SBN 305087)
Attorneys for Plaintiffs,
**JAZMIN VALLE and**
**NATIVIDAD VALLE**

Dated: January 5, 2022          **CLARK HILL LLP**

*/s/ Kyle A. Fellenz*
Kyle A. Fellenz
Attorney for Defendant,
**FCA US LLC**