# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, a New Jersey corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No.: 5:22-cv-00734-MWF-MRW**<br><br>Removed from Superior Court of California, County of Riverside, Case No. CVPS2201041)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND TO SUPERIOR COURT OF CALIFORNIA**<br><br>*Assigned for All Purposes to the Honorable* **Michael W. Fitzgerald**<br><br>**Date: June 27, 2022**<br>**Time: 10:00 a.m.**<br>**Courtroom: 5A**<br><br>Action Filed: March 16, 2022 |

-1-

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND TO SUPERIOR COURT OF CALIFORNIA

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

A hearing on Plaintiff Jessica Ramirez's ("Plaintiff") Motion for Remand to Superior Court of California was heard on June 27, 2022 at 10:00 a.m., in the United States District Court for the Central District of California, Courtroom 5A, before the Honorable Michael W. Fitzgerald. The Court is located at the First Street United States Courthouse, 350 W. First St., Los Angeles, California 90012.

The evidence presented having been fully considered, and the issues having been heard and a decision having been duly rendered, IT IS HEREBY ORDERED:

This matter is remanded to the Superior Court of California, County of Riverside.

IT IS SO ORDERED.

Dated: _____

JUDGE OF THE
UNITED STATES DISTRICT COURT

**Prepared By:**

**KNIGHT LAW GROUP LLP**
Scot Wilson (SBN 223367)
scotw@knightlaw.com
Daniel Kalinowski (SBN 305087)
danielk@knightlaw.com
Phil A Thomas (SBN 248517)
philt@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiff,
JESSICA RAMIREZ