UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 22-734-MWF-(MRWx)** | | Dated: **June 27, 2022** |
| Title: | Jessica Ramirez -v- Volkswagen Group of America, Inc., et al. | | |

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Patricia Kim | Amy Diaz |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Daniel Kalinowski | Anthony Greco |

**PROCEEDINGS:**   **PLAINTIFF'S MOTION FOR REMAND TO SUPERIOR COURT OF CALIFORNIA [11]; SCHEDULING CONFERENCE**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

If the motion is denied, a scheduling order will issue. The parties indicate that they are agreeable to the Court's recommendation in selecting the Attorney Settlement Officer Panel for ADR.

Initials of Deputy Clerk   pk

-1-                    :12   min